

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-416-403**

**Effective Date of Registration:**
August 05, 2024

**Registration Decision Date:**
October 07, 2024

## Title

**Title of Work:** Go Wide

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** KEI & CHRIS LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

## Rights and Permissions

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102
GARLAND 75044 United States

## Certification

**Name:** Qin Tao
**Date:** August 05, 2024

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-471-296

**Effective Date of Registration:**
November 18, 2025
**Registration Decision Date:**
December 11, 2025

## Title

**Title of Work:** explore more together

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** January 06, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Typo Craft LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Typo Craft LLC
192 N WELLS ST, CHICAGO, IL, 60606, United States

## Certification

**Name:** Joe Smith
**Date:** November 18, 2025

**Correspondence:** Yes

| Keyword ▼ | VA0002471296 | Search | Advanced Search |

# Detailed Record View
## Recordation record V15043D228

Copyright Catalog
Displaying 2 of 2 entries

◀ Previous   Next ▶

explore more together ;Work of the Visual ArtsReg. VA0002471296 (2025).

| | |
|---|---|
| **Document Number** | V15043D228 |
| **Entire Copyright Document** | V15043 D228 P1-3 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | VA0002471296 |
| **Certificate** | View PDF |
| **Date of Recordation** | 2026-03-11 |
| **Date of Execution** | 27Feb26 |
| **Party 1** | TYPO CRAFT LLC |
| **Party 2** | KEI & CHRIS LLC |
| **Notes** | Copyright Assignment Agreement. |
| **Title** | explore more together ;Work of the Visual ArtsReg. VA0002471296 (2025). |
| **Names** | TYPO CRAFT LLC |
| | KEI & CHRIS LLC |

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

March 11, 2026

---

Date of Recordation

15043                                228

---

Volume                               Doc.No.

Copyright image

