# MGLIFE A2IR01IG2ELH9&

Amazon.com - MGLIFEUL Tra

amazon.com/MGLIFEUL-Shadow-Box-Frame-International/dp/B0D632DDYV/ref=sr_1_17?crid=3742BJKLESQOA&dib...

amazon | Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical | Get care for heartburn | Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Picture Frames



Click to see full view

3 VIDEOS

Ask Rufus

Can its slot accommodate thicker items like maps?

Is its acrylic front resistant to scratches?

Do its hinges allow lid to remain open?

Ask something else

## Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler Women Men People Who Travel Hiker Unique

Visit the MGLIFEUL Store

4.4 ★★★★☆ (28)

$14.99

FREE Returns

Shopping for work? Save 20% up to $30 on your first Amazon Business order. Sign up for a free business account.

Get a $50 Amazon Gift Card instantly upon approval for Amazon Visa. No annual fee.

Color: **Black**

$14.99 | $14.99 | $14.99

Size: **8×8in**

8×8in | 12×12in

| | |
|---|---|
| **Color** | Black |
| **Brand** | MGLIFEUL |
| **Product Dimensions** | 8"L x 8"W x 1.77"H |
| **Frame Material** | Engineered Wood |
| **Mounting Type** | Wall Mount |

**About this item**

- Engineered Wood
- 【Cherish Memories, Avoid Forgetting】Your travel memories are precious. This shadow box is designed to store your wonderful travel memories. It makes a great Christmas gift. Whether it's a souvenir with a story to tell, a bus ticket, an airline ticket, a movie ticket, a postcard, a travel photo, a concert ticket, they all have a place here to keep the memories alive and well. Sending this unique photo box at Christmas is like delivering a warm blessing. It helps the recipient treasure the details of their trip and shows how much you care.
- 【Display Convenient, Gift Option Ideal】This memory box is flexible in the way it can be displayed. It can be easily hung on the wall without leaving nail marks, or placed on a desktop or bookshelf. The rotating snap design on the back makes placing or changing items inside the box a breeze. It is an excellent decoration for home and office, and a great travel gift for Father's Day, Mother's Day, Teacher's Day, birthdays, Christmas and other occasions.

$14.99

FREE Returns

FREE delivery **Friday, May 2** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, April 28**. Join Prime

**Arrives 13 days before Mother's Day**

Ships in product packaging

Deliver to Joe - Pittsburgh 15219

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MGLIFE |
| Returns | 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to List


Amazon.com - MGLIFEUL Tra
amazon.com/MGLIFEUL-Shadow-Box-Frame-International/dp/B0D632DDYV/ref=sr_1_17?crid=3742BJKLESQOA&dib...
Deliver to Joe
Pittsburgh 15219
Home & Kitchen
Adventure+Archive+Box
EN
Hello, Joe
Account & Lists
Returns
& Orders
0
Cart
All
Rufus
Join Prime
Amazon Haul
Medical Care
Buy Again
Customer Service
Pharmacy
Handmade
Amazon Home
Shop by Room
Discover
Shop by Style
Home Décor
Furniture
Kitchen & Dining
Bed & Bath
Garden & Outdoor
Home Improvement
amazon one medical
Get care for heartburn
Learn more
Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Picture Frames
Travel Shadow Photo
Keepsake Memory Box
Ticket Keepsake
$14.99
FREE Returns
VIDEOS
IMAGES
MGLIFEUL Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler...
Color:Black
Size:8×8in
propose
12in
12in
8in
8in
Size: 12in x 12in x 1.77in
Size: 8in x 8in x 1.77in
Each with non-marking studs x2
they all have a place here to keep the memories alive and well. Sending this unique photo box at Christmas is like delivering a warm blessing. It helps the recipient treasure the details of their trip and shows how much you care.
【Display Convenient, Gift Option Ideal】 This memory box is flexible in the way it can be displayed. It can be easily hung on the wall without leaving nail marks, or placed on a desktop or bookshelf. The rotating snap design on the back makes placing or changing items inside the box a breeze. It is an excellent decoration for home and office, and a great travel gift for Father's Day, Mother's Day, Teacher's Day, birthdays, Christmas and other occasions.

Amazon.com - MGLIFEUL Tra

amazon.com/MGLIFEUL-Shadow-Box-Frame-International/dp/B0D632DDYV/ref=sr_1_17?crid=3742BJKLESQOA&dib...

amazon Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical Get care for heartburn Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Picture Frames

Travel Shadow Photo Keepsake Memory Box Ticket Keepsake

$14.99

FREE Returns

VIDEOS | IMAGES




MGLIFEUL Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler...

Color:Black

Size:8×8in

they all have a place here to keep the memories alive and well. Sending this unique photo box at Christmas is like delivering a warm blessing. It helps the recipient treasure the details of their trip and shows how much you care.

- 【Display Convenient, Gift Option Ideal】 This memory box is flexible in the way it can be displayed. It can be easily hung on the wall without leaving nail marks, or placed on a desktop or bookshelf. The rotating snap design on the back makes placing or changing items inside the box a breeze. It is an excellent decoration for home and office, and a great travel gift for Father's Day, Mother's Day, Teacher's Day, birthdays, Christmas and other occasions.

Amazon.com - MGLIFEUL Tra

amazon.com/MGLIFEUL-Shadow-Box-Frame-International/dp/B0D632DDYV/ref=sr_1_17?crid=3742BJKLESQOA&dib...

amazon | Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical — Get care for heartburn — Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Picture Frames

Travel Shadow Photo Keepsake Memory Box Ticket Keepsake

$14.99

FREE Returns

VIDEOS | IMAGES




MGLIFEUL Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler...

Color:Black

Size:8×8in



they all have a place here to keep the memories alive and well. Sending this unique photo box at Christmas is like delivering a warm blessing. It helps the recipient treasure the details of their trip and shows how much you care.

- 【Display Convenient, Gift Option Ideal】This memory box is flexible in the way it can be displayed. It can be easily hung on the wall without leaving nail marks, or placed on a desktop or bookshelf. The rotating snap design on the back makes placing or changing items inside the box a breeze. It is an excellent decoration for home and office, and a great travel gift for Father's Day, Mother's Day, Teacher's Day, birthdays, Christmas and other occasions.

Amazon.com - MGLIFEUL Tra ×

amazon.com/MGLIFEUL-Shadow-Box-Frame-International/dp/B0D632DDYV/ref=sr_1_17?crid=3742BJKLESQOA&dib...

Top | About this item | Similar | Questions | Product information | Reviews

## Product Description

**MGLIFEUL Adventure Archive Box---Travel memories worth collecting**






**Travel Shadow Box**

*3 colors and 2 sizes*

**Size:**

8 inx8 in and 12 inx12 in

**Slot Size**

5.5 in x 0.4 in

**Thickness**

1.77in

- Can be hung or displayed
- Complimentary non-marking nails x2



**Perfect Gift**

Slide each keepsake into the adventure archive box, Perfect home and office decoration, Classic minimalist adventure fund shadow box, Also perfect gift for relatives and friends on Father's Day, Mother's Day, Teacher's Day, Birthday, Christmas or other celebrations, Finally

- Quality wood
- Highly translucent and clear panels



High Transparency Panel



Comes with protective film



with swivel clips



All-around protective packaging

**Customer Scenarios**



Amazon.com Seller Profile: M ×  +

amazon.com/sp?ie=UTF8&seller=A2IR01IG2ELH9&asin=B0D632DDYV&ref_=dp_merchant_link&isAmazonFulfilled=1

amazon Deliver to Joe Pittsburgh 15219 | All | Search Amazon | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

# MGLIFE

Visit the MGLIFE storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)



**MGLIFEUL Travel Shadow Photo ...**

$14.99

Add to Cart

## About Seller

MGLIFE is committed to providing each customer with the highest standard of customer service.

**Have a question for MGLIFE?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5

10 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

10 total ratings, 10 with feedback for 12 months

★★★★★ "Can't wait to see the finished candle!"

By Olena N. on April 5, 2025.

★☆☆☆☆ "~~Los pavilo no llegaron completo~~"

By Iris pichardo on March 29, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "perfect"

By G. W. on March 4, 2025.

★★★★★ "Perfect. Love these"

By Jana Jamieson on February 12, 2025.

★★★★★ "Great product!!"

By Jose18 on February 7, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shihangbinzhouguojimaoyiyouxiangongsi

**Business Address:**

惠民县李庄镇
聂索邢村72号
滨州市
山东省
251711
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Place Your Order - Amazon C

amazon.com/checkout/p/p-106-9117729-0532236/spc?pipelineType=Chewbacca&hasWorkingJavascript=1

amazon

Secure checkout

Cart

**Delivering to Joe Smith**

Change

5600 N SHERIDAN RD APT 16E, CHICAGO, IL, 60660-4828, United States

Add delivery instructions

Pickup available nearby

**Paying with Visa 6645**

Change

Use a gift card, voucher, or promo code

**Arriving Apr 30, 2025**

If you order in the next 20 hours and 34 minutes

- **Wednesday, Apr 30** $6.99 - Delivery
- **Tomorrow, Apr 28** $9.99 - One Day Delivery



MGLIFEUL Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler Women Men People Who Travel Hiker Unique

**$14.99**

& FREE Returns

Ships from Amazon.com

Sold by MGLIFE

1

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container

Place your order

**Order total: $23.52**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$23.52** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Order Details

amazon.com/gp/your-account/order-details?ie=UTF8&orderID=112-0141978-2465830&ref_=ppx_hzsearch_conn_dt...

amazon prime | Deliver to J. Chicago 60611 | All | Search Amazon | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Same-Day Delivery | Medical Care | Saks | Amazon Basics | Buy Again | Customer Service | Amazon Business

Your Account › Your Orders › Order Details

# Order Details

Order placed June 11, 2025 | Order # 112-0141978-2465830

View invoice

**Ship to**

J. D.
680 N LAKE SHORE DR STE 110
- 2174
CHICAGO, IL 60611-4447
United States

**Payment method**

VISA Visa ending in 6645

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $12.99 |
| Estimated tax to be collected: | $1.33 |
| **Grand Total:** | **$14.32** |

## Delivered June 12

Your package was left in the mail room.

MGLIFEUL Travel Shadow Photo Keepsake Memory Box Ticket Keepsake Honeymoon Fund Box with Slot Frame Adventure Best Gift for Keepsake International Traveler Women Men People Who Travel Hiker Unique

Sold by: MGLIFE

Return or replace items: Eligible through July 12, 2025

$12.99

Buy it again | View your item

Get product support
Track package
Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review

**More no-brainer finds**

Haul DASH x Sweethearts® Mini Waffle Maker - 4" Waffl... 4.6 (245.3K) -31% $10.40

Haul MUXIUNT 8x10 Shadow Box Picture Frame Displ... 4.5 (24) $13.99

Haul Starter Men's Quick Dry Lightweight Volley Swi... 4.3 (8) -52% $12.05 +2

Haul GLOWPOINT White Shoe Cleaner Foam, 6.76 oz... 5.0 (11) $9.99

Haul MBL Dad Gifts for Birthday Fathers Day -... 4.6 (34) $9.99

Oph with 4.4 $6.9

**Inspired by your browsing history** Page 5 of 10 | Start over

12x12 Ticket Shadow Box 'Life is a Collection of Moments' Decorative Memento Frame with Loading Slot - for Sport... 4 -25% $14.99 List: $19.99 prime FREE Delivery Monday, Jun 16

Jackma Travel Tickets Collection Shadow Box Frame, Funny Display Box for Collecting Tickets of Sporting Travelling... 46 $19.99 prime FREE Delivery Monday, Jun 16

LEADO Candles, Travel Gifts for Women, Gifts for Travelers, Presents for People Who Travel, Girls Trip - Funny Birthday,... 87 $14.99 ($1.67/ounce) prime FREE One-Day Get it Tomorrow, Jun 14

OVANTO Scratch Off World Map & US Map-Durable 17x24" United States Map & World Travel Map with Pins &... 777 -13% $19.99 Typical: $22.99 prime FREE One-Day Get it Tomorrow, Jun 14

Lawrence Frames Black 10x10 Shadow Box Ticket Holder 945 $21.09 prime FREE One-Day Get it Tomorrow, Jun 14

**Top picks for you** Page 2 of 3 | Start over


J. D.
680 N LAKE SHORE DR STE
110
– 2174
CHICAGO IL
60611 – 4447
TBA322034781619
MSP1
&XH5
ORD9
DXH5
06/12
CYCLE_1
5.0 Lbs
BqGwdqqS3/3/4142
DXH5