# Muxiu A3GOBHZLUTIB1V

Amazon.com - MUXIUNT Tra

amazon.com/MUXIUNT-Adventure-Memories-Keepsake-Black/dp/B0CS6KF642/ref=sr_1_1?crid=3742BJKLESQOA&d...

amazon | Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical Get care for heartburn Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Shadow Boxes



Click to see full view



6 VIDEOS

Ask Rufus

Can its slot accommodate thicker items like programs?

Is its acrylic front resistant to scratches?

Does its design allow hanging on wall easily?

Ask something else

## Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top,Life in a Shadow Box Travel Frame (Black, 12x12)

Visit the MUXIUNT Store

4.7 ★★★★★ (290)

Amazon's Choice

**200+ bought** in past month

$19.99

FREE Returns

Shopping for work? Save 20% up to $30 on your first Amazon Business order. Sign up for a free business account.

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

Color: **Black**

$19.99 | $19.99 | $19.99

Size: **12x12**

8x8 | 12x12

| | |
|---|---|
| **Color** | Black |
| **Brand** | MUXIUNT |
| **Product Dimensions** | 12"L x 12"W x 1.77"H |
| **Frame Material** | Engineered Wood |
| **Item Weight** | 0.76 Kilograms |

### About this item

- Engineered Wood
- 【MUXIUNT Adventure Archive Box】 Hey, where did your travel memories go? Don't let them disappear in a forgotten drawer, Every keepsake, Ticket, Airline Ticket, Movie tickets,Postcard, Travel photo, Concert ticket, etc. Carries an unforgettable part of your journey, This simple and stylish travel box with slots is perfect for displaying and sharing your most cherished moments and souvenirs.
- 【Excellent Quality】 Our adventure box is made of sturdy and eco-friendly high quality wood. The HD clear shatterproof acrylic front helps to keep out dust perfectly protecting and clearly displaying your keepsakes.
- 【Product Size】 The memory box for keepsakes come in two sizes 8 in and 12 in with a thickness of 1.77 inches, Top slot size: 5.5 inches x 0.4 in, Three different colors of travel picture frame are available: White,Black and Wood

$19.99

FREE Returns

FREE delivery **Saturday, May 3** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Overnight 7 AM - 11 AM.** Join Prime

Ships in product packaging

Deliver to Joe - Pittsburgh 15219

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | muxiu |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Amazon.com - MUXIUNT Tra ×

amazon.com/MUXIUNT-Adventure-Memories-Keepsake-Black/dp/B0CS6KF642/ref=sr_1_1?crid=3742BJKLESQOA&d...

amazon Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical Get care for heartburn Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Shadow Boxes

Travel Adventure Archive Shadow Box for Memories,8&12Inch

$19.99

FREE Returns

VIDEOS | IMAGES



MUXIUNT Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top...

Color:Black

Size:12x12

Ticket, Movie tickets,Postcard, Travel photo, Concert ticket, etc. Carries an unforgettable part of your journey, This simple and stylish travel box with slots is perfect for displaying and sharing your most cherished moments and souvenirs.

- 【Excellent Quality】 Our adventure box is made of sturdy and eco-friendly high quality wood. The HD clear shatterproof acrylic front helps to keep out dust perfectly protecting and clearly displaying your keepsakes.
- 【Product Size】 The memory box for keepsakes come in two sizes 8 in and 12 in with a thickness of 1.77 inches, Top slot size: 5.5 inches x 0.4 in, Three different colors of travel picture frame are available: White,Black and Wood

Amazon.com - MUXIUNT Tra ×

amazon.com/MUXIUNT-Adventure-Memories-Keepsake-Black/dp/B0CS6KF642/ref=sr_1_1?crid=3742BJKLESQOA&d...

amazon | Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical Get care for heartburn Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Shadow Boxes

Travel Adventure Archive Shadow Box for Memories,8&12Inch

$19.99

FREE Returns

VIDEOS IMAGES

MUXIUNT Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top...

Color:Black

Size:12x12




Ticket, Movie tickets,Postcard, Travel photo, Concert ticket, etc. Carries an unforgettable part of your journey, This simple and stylish travel box with slots is perfect for displaying and sharing your most cherished moments and souvenirs.

- 【Excellent Quality】 Our adventure box is made of sturdy and eco-friendly high quality wood. The HD clear shatterproof acrylic front helps to keep out dust perfectly protecting and clearly displaying your keepsakes.
- 【Product Size】 The memory box for keepsakes come in two sizes 8 in and 12 in with a thickness of 1.77 inches, Top slot size: 5.5 inches x 0.4 in, Three different colors of travel picture frame are available: White,Black and Wood

Amazon.com - MUXIUNT Tra ×

amazon.com/MUXIUNT-Adventure-Memories-Keepsake-Black/dp/B0CS6KF642/ref=sr_1_1?crid=3742BJKLESQOA&d...

amazon Deliver to Joe Pittsburgh 15219 | Home & Kitchen | Adventure+Archive+Box | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Buy Again | Customer Service | Pharmacy | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon one medical Get care for heartburn Learn more

Home & Kitchen › Home Décor Products › Photo Albums, Frames & Accessories › Shadow Boxes

Travel Adventure Archive Shadow Box for Memories,8&12Inch

$19.99

FREE Returns

VIDEOS | IMAGES

MUXIUNT Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top...

Color:Black

Size:12x12




Ticket, Movie tickets,Postcard, Travel photo, Concert ticket, etc. Carries an unforgettable part of your journey, This simple and stylish travel box with slots is perfect for displaying and sharing your most cherished moments and souvenirs.

- 【Excellent Quality】 Our adventure box is made of sturdy and eco-friendly high quality wood. The HD clear shatterproof acrylic front helps to keep out dust perfectly protecting and clearly displaying your keepsakes.
- 【Product Size】 The memory box for keepsakes come in two sizes 8 in and 12 in with a thickness of 1.77 inches, Top slot size: 5.5 inches x 0.4 in, Three different colors of travel picture frame are available: White,Black and Wood

Amazon.com - MUXIUNT Tra ×

amazon.com/MUXIUNT-Adventure-Memories-Keepsake-Black/dp/B0CS6KF642/ref=sr_1_1?crid=3742BJKLESQOA&d...

Top | About this item | Similar | Questions | Product information | Reviews

## Product Description

**MUXIUNT Adventure Archive Box---Protect your memories of your travel adventures**






travel box for memories

**Adventure Archive Box**

*3 colors and 2 sizes*

**Colors:**

White Black Wood Color

**Size:**

8 inx8 in 12 inx12 in

**Slot Size**

5.5 in x 0.4 in

**Thickness**

1.77in

- Can be hung or displayed
- Complimentary non-marking nails x2



**Meaningful Travel Gifts**

Don't let them disappear in a forgotten drawer, Every keepsake, Ticket, Airline Ticket, Movie tickets,Postcard, Travel photo, Concert ticket, etc. Carries an unforgettable part of your journey, This simple and stylish travel box with slots is perfect for displaying and sharing your most cherished moments and souvenirs

- Quality wood
- Highly translucent and clear panels

### We Care About Every Detail



Appliance Grade Foam Packaging



High definition panel



Panel with protective film



Swivel Clip*8

### Collecting Memories



Amazon.com Seller Profile: m

amazon.com/sp?ie=UTF8&seller=A3GOBHZLUTIB1V&asin=B0CS6KF642&ref_=dp_merchant_link&isAmazonFulfilled...

amazon Deliver to Joe Pittsburgh 15219 All Search Amazon EN Hello, Joe Account & Lists Returns & Orders 0 Cart

All Rufus Join Prime Amazon Haul Medical Care Buy Again Customer Service Pharmacy Handmade

# muxiu

Visit the muxiu storefront

★★★★★ | **96% positive** in the last 12 months (101 ratings)



**MUXIUNT Travel Adventure Archi...**

$19.99

Add to Cart

## About Seller

muxiu is committed to providing each customer with the highest standard of customer service.

**Have a question for muxiu?**

Ask a question

## Reviews

★★★★★ 4.8 out of 5

101 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 6% |
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

101 total ratings, 101 with feedback for 12 months

★★★★★ "I hope they were delivered on time to my grandson."

By Customer on April 21, 2025.

★★★★★ "i ordered, they shipped"

By paul book on April 20, 2025.

★★★★★ "Another great product received through Amazon. Very pleased with the microwave potato cooker."

By Steven on April 19, 2025.

★★★★★ "works - works - works"

By Herschel on April 17, 2025.

★★★★★ "I like"

By Laodicearoberts on April 15, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shandongqianxingfangzhouguojimaoyiyouxiangongsi

**Business Address:**

唐冶街道世纪大道9099号中物科创中心23号楼809
济南
历城
山东
250109
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Place Your Order - Amazon C

amazon.com/checkout/p/p-106-0584819-4136269/spc?pipelineType=Chewbacca&hasWorkingJavascript=1

amazon

Secure checkout

Cart

**Delivering to Joe Smith**

Change

5600 N SHERIDAN RD APT 16E, CHICAGO, IL, 60660-4828, United States

Add delivery instructions

Pickup available nearby

**Paying with Visa 6645**

Change

Use a gift card, voucher, or promo code

**Arriving Apr 30, 2025**

If you order in the next 22 hours and 42 minutes

- (selected) **Wednesday, Apr 30**
  $6.99 - Delivery
- **Tomorrow, Apr 28**
  $9.99 - Two Day Delivery



MUXIUNT Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top,Life in a Shadow Box Travel Frame (Black, 12x12)

**$19.99**

& FREE Returns

Ships from Amazon.com

Sold by muxiu

1

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container

Place your order

**Order total: $29.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.05 |
| **Order total:** | **$29.03** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Order Details

amazon.com/gp/your-account/order-details?ie=UTF8&orderID=112-7345759-6143442&ref_=ppx_hzsearch_conn_dt...

amazon prime | Deliver to J. Chicago 60611 | All | Search Amazon | EN | Hello, Joe Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Same-Day Delivery | Medical Care | Saks | Amazon Basics | Buy Again | Customer Service | Amazon Business

Your Account › Your Orders › Order Details

# Order Details

Order placed June 11, 2025 | Order # 112-7345759-6143442

View invoice

**Ship to**
J. D.
680 N LAKE SHORE DR STE 110
- 2174
CHICAGO, IL 60611-4447
United States

**Payment method**
VISA Visa ending in 6645

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

**Delivered June 12**
Your package was left in the mail room.



MUXIUNT Travel Adventure Archive Shadow Box for Memories,8&12Inch Concert Travel Ticket Stub Memory Top Loading Shadow Keepsake Box with Slot On Top,Life in a Shadow Box Travel Frame (Black, 12x12)
Sold by: muxiu
Return or replace items: Eligible through July 12, 2025
$19.99

Buy it again | View your item

Get product support
Track package
Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review

**Recommended for you based on MUXIUNT Travel Adventure Archive Shadow Box for Me...**

Page 1 of 4



3-in-1 Prazoli Adventure Book, Travel Journal & Bucket List Scrapbook - Cute Gifts for Women ...
★★★★½ 127
1K+ viewed in past month
$25.95
prime FREE One-Day Get it Tomorrow, Jun 14




MANVEN Travel, Travel Gifts for Women, Travel Essentials Accessories...
★★★★★ 59
700+ viewed in past month
Amazon's Choice
$17.99
prime FREE One-Day Get it Tomorrow, Jun 14




LEADO Candles, Travel Gifts for Women, Gifts for Travelers, Presents for...
★★★★½ 87
400+ viewed in past month
Amazon's Choice
$14.99 ($1.67/ounce)
prime FREE One-Day Get it Tomorrow, Jun 14



MUXIUNT Travel Adventure Challenge Archive Shadow Box Picture Frame with...
★★★★½ 103
50+ viewed in past month
$19.99
prime FREE One-Day Get it Tomorrow, Jun 14

**Inspired by your browsing history**

Page 5 of 10 | Start over



12x12 Ticket Shadow Box 'Life is a Collection of Moments' Decorative Memento Frame with Loading Slot - for Sport...
★★★★☆ 4
-25% $14.99
List: ~~$19.99~~
prime FREE Delivery Monday, Jun 16



Jackma Travel Tickets Collection Shadow Box Frame, Funny Display Box for Collecting Tickets of Sporting Travelling...
★★★★½ 46
$19.99
prime FREE Delivery Monday, Jun 16




LEADO Candles, Travel Gifts for Women, Gifts for Travelers, Presents for People Who Travel, Girls Trip - Funny Birthday,...
★★★★½ 87
$14.99 ($1.67/ounce)
prime FREE One-Day Get it Tomorrow, Jun 14



OVANTO Scratch Off World Map & US Map- Durable 17x24" United States Map & World Travel Map with Pins &...
★★★★½ 777
-13% $19.99
Typical: ~~$22.99~~
prime FREE One-Day Get it Tomorrow, Jun 14



Lawrence Frames Black 10x10 Shadow Box Ticket Holder
★★★★½ 945
$21.09
prime FREE One-Day Get it Tomorrow, Jun 14

**Top picks for you**

Page 1 of 3

J. D.

680 N LAKE SHORE DR STE
110
– 2174
CHICAGO IL

60611 – 4447

TBA3220525 56031

ORD5
&XH5

06/12 | CYCLE_1
2.3 Lbs

B4xXY3Rr3/1/1002

DXH5