Case: 1:26-cv-05130 Document #: 24-3 Filed: 08/21/26 Page 1 of 5 PageID #:1450

Search Reddit

r/theydidthemath • 7y ago
havehart

# [REQUEST] Assuming this trip actually traced/crossed the continents, how far has this plane flown?



22 · 6 · Share

## Related posts

r/theydidthemath • 2mo ago
[Request] Is this actually true?
1.1K upvotes · 234 comments

lenovo • Ad
Take workstation power designed to perform, anywhere. Shop deals on the ThinkPad P16s mobile workstation at...




a2.adform.net
Shop Now

r/theydidthemath • 3mo ago
[Request] How long is this plane?



2.7K upvotes · 91 comments

r/theydidthemath • 3mo ago
[Request] Is it true?



2.7K upvotes · 120 comments

r/theydidthemath • 4mo ago
[Request] Is this true?



814 upvotes · 73 comments

r/theydidthemath • 20d ago

[Request] How likely is this to be true?



26 comments

r/theydidthemath • 12d ago

[Self] A physicist timed five airplane boarding orders with ...



436 upvotes · 116 comments

r/theydidthemath • 2mo ago

[Request] Is this true?




492 upvotes · 30 comments

r/theydidthemath • 4mo ago

[Request] How much weight would have to be lost on avera...




2.7K upvotes · 68 comments

r/theydidthemath • 1mo ago

[Request] How fast would you have to be traveling to get to...

2.4K upvotes · 70 comments

r/theydidthemath • 4mo ago

[Request] Is there any way to estimate the atmospheric damage that this bad boy doe...

1.8K upvotes · 140 comments

**r/theydidthemath** · 2mo ago

[REQUEST] Is this true?

280 upvotes · 52 comments

---

**r/theydidthemath** · 1mo ago

[Request] What is the answer to the question?

177 upvotes · 16 comments

---

**r/theydidthemath** · 2mo ago

[Request] Is that true ?

310 upvotes · 44 comments

---

**r/theydidthemath** · 2mo ago

[REQUEST] Could this hypothetically be able to fly?...

345 upvotes · 98 comments

---

**r/theydidthemath** · 3mo ago

[Request] What would happen if this was true

2.6K upvotes · 90 comments

---

**r/theydidthemath** · 5mo ago

[Request] Is this accurate?

284 upvotes · 93 comments

---

**r/theydidthemath** · 2mo ago

[Request] Just how fast is this train going?

328 upvotes · 49 comments

r/theydidthemath · 3mo ago

[Request] Is this true?

1.1K upvotes · 79 comments

r/theydidthemath · 4mo ago

[Request] What percentage of people have never been to...

61 upvotes · 19 comments

r/theydidthemath · 1mo ago

[request] what wind speed would be experienced by people on the surface as th...

905 upvotes · 79 comments

r/theydidthemath · 4mo ago

[Request] this question contains a pattern which i can't figure...

364 upvotes · 24 comments

r/theydidthemath · 5d ago

[Request] Could this be accurate?

481 upvotes · 39 comments

r/theydidthemath · 25d ago

[Request] How many tons of CO2 were released into the air by the planes that flew...

195 upvotes · 58 comments

r/theydidthemath · 21d ago

[Request] How fast is he going?

48 upvotes · 11 comments

Case: 1:26-cv-05130 Document #: 24-3 Filed: 08/21/26 Page 5 of 5 PageID #:1454

## r/theydidthemath

Join

**Useless Yet Interesting Calculations**

And they said math has no real world applications

Public

TOP POSTS

Reddit

**reReddit: Top posts of January 22, 2020**

Reddit

**reReddit: Top posts of January 2020**

Reddit

**reReddit: Top posts of 2020**

Home Popular News Explore Best of Reddit

Best of Reddit in Portuguese Best of Reddit in German

Reddit Rules Privacy Policy User Agreement

Your Privacy Choices Accessibility

Reddit, Inc. © 2026. All rights reserved.