**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KEI & CHRIS LLC,
Plaintiff,

Case No. 1:26-cv-05130
Hon. Andrea R. Wood

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"
Defendants.

__________________________________/

**DECLARATION OF JIANYIN LIU**

I, Jianyin Liu, declare as follows:

1. I am over eighteen years of age and am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of Florida and admitted to practice before this Court. I am counsel of record for Defendants MGLIFE and muxiu in the above-captioned action.

3. On August 21, 2026, I contacted counsel of record for Plaintiff Kei & Chris LLC and requested that Plaintiff produce competent evidence of the claimed first publication date of January 6, 2005, for the work covered by copyright registration VA 2-471-296 (the "'296 Copyright").

4. In response, Plaintiff's counsel of record stated that no such evidence of first publication in 2005 (or of any other publication date that would support the '296 Copyright registration) is available.

5. Plaintiff's counsel further stated that he would reach out to the assignor, TYPO Craft LLC, for additional information.

6. As of the date of this Declaration, Plaintiff has not produced any competent evidence of a first publication date of January 6, 2005, or of any other publication date supporting the '296 Copyright registration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026

/s/ Jianyin Liu
Jianyin Liu