**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kei & Chris LLC | ) | |
| | ) | Case No. 26-cv-5130 |
| v. | ) | |
| | ) | Judge: Hon. Andrea R. Wood |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Heather K. McShain |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Kei & Chris LLC, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 50 | NIDIKE-US | A1PBCWQFOWR9K3 |

Dated: August 21, 2026

Respectfully submitted,

By: s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com