


Images & video
13/28
11102005055
11/10/2005
14:41:40
159 kB
Options
Back

## Metadata of 11102005055

| | |
|---|---|
| Checksum | 63a8f0b3f8fce826406351813f7b5941 |
| Filename | 11102005055.jpg |
| Filesize | 164 kB |
| Filetype | JPEG |
| Filetypeextension | jpg |
| Mimetype | image/jpeg |
| Exifbyteorder | Little-endian (Intel, II) |
| Make | Nokia |
| Model | N70-1 |
| Orientation | Horizontal (normal) |
| Xresolution | 300 |
| Yresolution | 300 |
| Resolutionunit | inches |
| Ycbcrpositioning | Centered |
| Exposuretime | 1/8 |
| Fnumber | 3.2 |
| Iso | 64 |
| Exifversion | 220 |
| Datetimeoriginal | 2005:11:10 14:41:39 |
| Createdate | 2005:11:10 14:41:39 |
| Componentsconfiguration | Y, Cb, Cr, - |
| Shutterspeedvalue | 1/8 |

# Metadata of 11102005055

| | |
|---|---|
| Aperturevalue | 3.2 |
| Lightsource | Unknown |
| Flash | No flash function |
| Focallength | 4.5 mm |
| Flashpixversion | 100 |
| Colorspace | sRGB |
| Exifimagewidth | 1600 |
| Exifimageheight | 1200 |
| Customrendered | Normal |
| Exposuremode | Auto |
| Whitebalance | Auto |
| Digitalzoomratio | 1 |
| Scenecapturetype | Standard |
| Gaincontrol | None |
| Compression | JPEG (old-style) |
| Thumbnailoffset | 602 |
| Thumbnaillength | 3457 |
| Imagewidth | 1600 |
| Imageheight | 1200 |
| Encodingprocess | Baseline DCT, Huffman coding |
| Bitspersample | 8 |
| Colorcomponents | 3 |
| Ycbcrsubsampling | YCbCr4:2:2 (2 1) |
| Aperture | 3.2 |
| Imagesize | 1600x1200 |
| Megapixels | 1.9 |
| Shutterspeed | 1/8 |
| Thumbnailimage | (Binary data 3457 bytes) |

## Metadata of 11102005055

| | |
|---|---|
| Focallength35efl | 4.5 mm |
| Lightvalue | 7 |
| Category | image |
| Raw Header | FF D8 FF E1 0F D7 45 78 69 66 00 00 49 49 2A 00 08 00 00 00 08 00 0F 01 02 00 06 00 00 00 6E 00 00 00 10 01 02 00 06 00 00 00 74 00 00 00 12 01 03 00 01 00 00 00 01 |
| | 00 00 00 1A 01 05 00 01 00 00 00 7A 00 00 00 1B 01 05 00 01 00 00 00 82 00 00 00 28 01 03 00 01 00 00 00 02 00 |
| | 00 00 13 02 03 00 01 00 00 00 01 00 00 00 69 87 04 00 01 00 00 00 8A 00 00 00 F0 01 00 00 4E 6F 6B 69 61 00 |