**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Kei & Chris LLC )
) Case No. 26-cv-5130
v. )
) Judge: Hon. Andrea R. Wood
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS ) Magistrate: Hon. Heather K. McShain
IDENTIFIED ON SCHEDULE "A" )
)

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Kei & Chris LLC, voluntarily dismiss any and all claims against the following Defendants, with prejudice:

| Doe | Platform | Store | Merchant ID |
|---|---|---|---|
| 25 | Amazon | HJX-WH | A1ANHV0PDIZ9KE |

Dated: September 11, 2026

Respectfully submitted,

By: s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com