**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kei & Chris LLC | ) | |
| | ) | Case No. 26-cv-5130 |
| v. | ) | |
| | ) | Judge: Hon. Andrea R. Wood |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Heather K. McShain |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Joint Stipulation and Order for Dismissal**

The parties to this action, Plaintiff and Does 45 MGLIFE (A2IR01IG2ELH9) and 47 muxiu (A3GOBHZLUTIB1V) acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims, counterclaims and pending motions stated herein against all parties, with each party to bear its own attorney's fees and costs. This court shall retain jurisdiction solely for the enforcement of the negotiated settlement agreement.

Dated: September 14, 2026

s/David Gulbransen/
David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

s/Jianyin Liu /
Jianyin Liu, Esq.
*Attorney for Defendant*

Jianyin Liu
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
(305) 209 6188 p.
(305) 402 5959 f.
jamesliulaw@gmail.com

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against 45 MGLIFE (A2IR01IG2ELH9) and 47 muxiu (A3GOBHZLUTIB1V) is hereby dismissed with prejudice.

Dated: September 14, 2026 Entered:

________________________________

Hon. Andrea R. Wood
United States District Judge